

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **DANIEL CHIU**<br>*Assistant Corporation Counsel*<br>Phone: 212-788-1158<br>Fax: 212-788-0940<br>E-mail: dchiu@law.nyc.gov |

October 29, 2009

*Via Electronic Case Filing*
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    D'onofrio v. The City of New York *et al.*,
                Docket No. 07 CV 731 (CBA)(LB)
                09 CV 3970

Dear Magistrate Judge Bloom:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants the City of New York, New York City Police Department, Lieutenant Patricia Feeley, and the New York City Office of Labor Relations (the "City Defendants") in the above referenced action. This letter is submitted to request that the November 18, 2009 conference be rescheduled to November 17, 2009 at 2:00 p.m. I have conferred with plaintiff and counsel for the Union defendants and both are available on November 17, 2009 at 2:00 p.m.

      City Defendants request that the November 18, 2009 conference be rescheduled because I was previously scheduled for two meetings on that date that will prevent me from appearing on November 18, 2009.

      Accordingly, it is respectfully requested that the November 18, 2009 conference be rescheduled for November 17, 2009 at 2:00 p.m.

Thank you for your consideration of this request.

*The Conference shall be held on 11/17/09 at 2:00 p.m. in Courtroom 11A.*

The application is ✓ granted. *for both cases.*
                ___ denied.

SO ORDERED,
/S/
Lois Bloom, U.S.M.J.
Dated: 11/2/09
    Brooklyn, New York

Respectfully submitted,

Daniel Chiu
Assistant Corporation Counsel

Hon. Lois Bloom
United States Magistrate Judge
October 29, 2009
Page 2 of 2

cc:    Robert J. D'Onofrio, *pro se* (via first-class mail)
       Richard S. Brook, Esq. (via ECF)