LAW OFFICE
OF
# RICHARD S. BROOK
114 OLD COUNTRY ROAD
SUITE 250
MINEOLA, NEW YORK 11501

RICHARD S. BROOK

PATRICIA E. PALMERI

(516) 741-8400

*Via ECF/First Class Mail*

February 24, 2010

Honorable Lois Bloom, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   D'Onofrio v. City of New York et al.
      09-CV-3970(CBA)(LB)

Dear Judge Bloom:

By Endorsed Order of February 23, 2010 Your Honor granted Plaintiff's motion for an extension of time to respond to Defendant's Motion for Summary Judgment in 07-CV-731 (from March 8, 2010 to March 22, 2010) and modified the date for Defendants to reply and file the fully briefed motions from March 24, 2010 to April 7, 2010.

Plaintiff's motion for an extension and your Order addressed only 07-CV-731. Does the prior schedule that you established remain in effect as to Local 638's Motion for Summary Judgment in 09-CV-3970, or is the revised schedule applicable to 09-CV-3970 as well?

Respectfully submitted,

Richard S. Brook

RSB/cam

Cc:   Daniel Chiu, Esq. Attorney for NYC Defendants
      Robert D'Onofrio, Plaintiff, Pro Se

---

*The revised briefing schedule applies to both 07 CV 731 and 09 CV 3970.*

/Signed by Judge Lois Bloom/

2/25/10